UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>UNDER SEAL</u> |
| | : | |
| Plaintiff, | : | No. 3:11 CV 561 (VLB) |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, AND JOHN DOE 13, | : : : : : : : | April 12, 2011 |
| Defendants. | : | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America ("Government"), by and through its attorney, David B. Fein, United States Attorney for the District of Connecticut, respectfully moves, pursuant to Rule 5(e) of the Local Rules of Civil Procedure, for an order briefly sealing the following documents, until April 13, 2011: (1) the Government's Motion for Temporary Restraining Order; (2) the Government's Motion for Order Authorizing Service; and (3) any orders that may be entered by the Court on the Government's motions.

The Government also moves, pursuant to Rule 5(e), for an order sealing the Government's Memorandum of Law in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Other Ancillary Relief, with leave to publicly file a redacted version thereof.

Finally, the Government moves, pursuant to Rule 5(e), for an order sealing the Declaration of Kenneth Keller.

A proposed sealing order is attached as Exhibit A.

In support of this motion, undersigned counsel respectfully submits that all of the papers referenced herein should be sealed to avoid public disclosure of a sensitive law enforcement operation that is scheduled to occur on April 12, 2011.  In addition, the redaction portions of the Government's memorandum of law and the declaration of FBI S/A Kenenth Keller should be maintained under seal to prevent

the disclosure of information that would jeopardize the ongoing investigation in this case and other similar cases.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

By: `/s/ Edward Chang`
EDWARD CHANG (ct26472)
Assistant United States Attorney
157 Church St., 23rd floor
New Haven, CT 06510
Tel: (203)821-3796
Fax: (203)773-5373

`/s/ David C. Nelson`
DAVID C. NELSON (ct25640)
Assistant United States Attorney
450 Main St.
Hartford, CT 06103
Tel: (860)947-1101
Fax: (860)240-3291