UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : **UNDER SEAL** |
| Plaintiff, | : No. 3:11 CV 561 (VLB) |
| v. | : |
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, AND JOHN DOE 13, | : |
| Defendants. | : |

Contents:        Gov't Memorandum of Law

Attorney:        Ass't U.S. Attorney Edward Chang

Judicial Officer:  Hon. Vanessa L. Bryant, U.S.D.J.

Date Sealed:     Apr. 12, 2011

Date Unsealed:

The Clerk is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED this 12th day of April, 2011, at Hartford, Connecticut.



HON. VANESSA L. BRYANT
UNITED STATES DISTRICT JUDGE