UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | UNDER SEAL |
| | : | |
| Plaintiff, | : | No. 3:11 CV 561 (VLB) |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, AND JOHN DOE 13, | : | April 12, 2011 |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF TEMPORARY RESTRAINING ORDER

The Government respectfully submits this supplemental memorandum, in light of factual developments that were disclosed to the Court during the hearing on the Government's motions this morning.

Specifically, the Government advised the Court that there was a new variant of the Coreflood malware released just this morning, which may cause the Malicious Software Removal Tool ("MSRT") and other anti-virus software to be less effective than the Government anticipated. As a consequence, the Government advised

the Court that it may need to request an extension of the temporary restraining order, but only after determining whether Coreflood was being effectively remediated or not.

Under the circumstances, the Government believes that it is appropriate to clarify certain statements in its filings, to avoid suggesting that the MSRT or other anti-virus software would be perfectly effective at eliminating Coreflood.  See Government's Memorandum of Law in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Other Ancillary Relief, dated Apr. 12, 2011 ("Gov't Memo."), at 7 (stating that updated MSRT "will remove Coreflood from infected computers"); Declaration of Kenneth Keller, dated Apr. 12, 2011 ("Keller Decl."), ¶ 54 (stating that MSRT "can be . . . used to uninstall Coreflood").  At this point, MSRT should be effective against older variants of Coreflood, but will likely not be effective against variants released more than approximately one week ago.

In addition, the Government has stated that the "exit" command has been successfully tested.  See Gov't Memo. at 10; Keller

Decl. ¶ 59. As of this morning, the Government had not tested the variant of Coreflood that was released this morning. Since then, undersigned counsel has been advised by the FBI New Haven field office that the "exit" command for that variant has been tested successfully.

The release of a new variant of Coreflood this morning provides further evidence of why this temporary restraining order is important. By seizing control of the Coreflood Botnet, the Government is preventing Coreflood from updating itself. That seizure will provide anti-virus vendors an opportunity to update their products against the latest variants of Coreflood.

Under the circumstances, the Government has stopped, and likely has not even begun, issuing the "exit" command, to allow the Court an opportunity to consider this additional information. The Government respectfully requests that the Court authorize the

Government to proceed in accordance with the Temporary Restraining Order.

Finally, the Government also requests that this supplemental memorandum, and any Order issued thereon, be filed under seal to avoid jeopardizing the law enforcement actions taking place today.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

By: *[signature]*

EDWARD CHANG (ct26472)
Assistant United States Attorney
157 Church St., 23rd floor
New Haven, CT 06510
Tel: (203)821-3796
Fax: (203)773-5373

*[signature]*

DAVID C. NELSON (ct25640)
Assistant United States Attorney
450 Main St.
Hartford, CT 06103
Tel: (860)947-1101
Fax: (860)240-3291