UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 APR 13 P 2: 15
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : No. 3:11-cv-561 (VLB) |
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, and JOHN DOE 13. | : |
| Defendants. | : April 13, 2011 |

## ORDER UNSEALING SPECIFIC DOCUMENTS

Pursuant to the motion by the United States of America, and in order to protect the integrity of a sensitive law enforcement operation, the Court hereby orders that the following documents, as listed by their docket numbers, may be unsealed by the Clerk of the Court:  1, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 26, 27, and 30.

The Court's initial order regarding docket number 16, the USA's sealed memorandum of law, stands and the clerk is to docket the redacted version of the memorandum of law that is attached to the USA's Motion to Unseal Specific Documents, dated April 13, 2011.

The Court's initial order regarding docket number 23, the declaration of Special Agent Kenneth Keller, stands for the reasons set forth initially. That document is to remain sealed.

Dated: April 13, 2011
      Harford, Connecticut

                            IT IS SO ORDERED

                            /s/ Vanessa L. Bryant, USDJ

                            HON. VANESSA L. BRYANT
                            UNITED STATES DISTRICT JUDGE