UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CIVIL NO. 3:11CV561(VLB) |
| | : | |
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, AND JOHN DOE 13, | : | |

## DEFAULT JUDGMENT

The defendants having failed to appear, plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on June 16, 2011; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the plaintiff against each of the defendants.

Dated at Hartford, Connecticut, this 21st day of June, 2011.

ROBERTA D. TABORA, Clerk

By    /s/LL
    Loraine LaLone
    Deputy Clerk

EOD: _____